THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISAAC MAIMAN, Appellant.— Appeal by defendant from a judgment of a city magistrate, holding

a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting him of a violation of section 986 of the Penal Law (bookmaking). Judgment unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.